

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00368-CR

Preston Dewayne **VANNOY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-15-0780
Honorable Brenda Chapman, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on March 26, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court